NUMBER 13-00-343-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


DARCY LEE OVIEDO, Appellant,


v.



THE STATE OF TEXAS, Appellee.

____________________________________________________________________


On appeal from the 377th District Court of Victoria County,

Texas.

____________________________________________________________________


MEMORANDUM OPINION



Before Justices Hinojosa, Yañez, and Castillo


Memorandum Opinion by Justice Hinojosa



 A jury found appellant, Darcy Lee Oviedo, guilty of the offense of
aggravated robbery and assessed his punishment at fifteen years
imprisonment. This appeal ensued.


 A. Appellant's Appeal


 Appellant's attorney has filed a brief in which he states that he has
reviewed the clerk's record and reporter's record and concludes that
appellant's appeal is frivolous and without merit. Anders v. California,
386 U.S. 738 (1967). The brief meets the requirements of Anders as it
presents a professional evaluation showing why there are no arguable
grounds for advancing an appeal. See Stafford v. State, 813 S.W.2d
503, 510 n.3 (Tex. Crim. App. 1991). In the brief, appellant's attorney
also states that he has informed appellant of his right to review the
appellate record and to file a pro se brief. No such brief has been filed.

 Upon receiving a "frivolous appeal" brief, appellate courts must
conduct "a full examination of all the proceeding[s] to decide whether
the case is wholly frivolous." Penson v. Ohio, 488 U.S. 75, 80 (1988). 
We have carefully reviewed the appellate record and counsel's brief;
find nothing in the record that might arguably support the appeal; and
agree with appellant's counsel that the appeal is wholly frivolous and
without merit. See Stafford, 813 S.W.2d at 511.

 The judgment of the trial court is affirmed.

B. Counsel's Motion to Withdraw


 In accordance with Anders, appellant's attorney has asked
permission to withdraw as counsel for appellant. See Anders, 386 U.S.
at 744. We grant the attorney's motion to withdraw. We order
appellant's attorney to notify appellant of the disposition of this appeal
and of the availability of discretionary review. See Ex parte Wilson, 956
S.W.2d 25, 27 (Tex. Crim. App. 1997).



 FEDERICO G. HINOJOSA

 Justice



Do not publish. Tex. R. App. P. 47.3.


Opinion delivered and filed this

the 5th day of April, 2001.